United States District Court
Southern District of Texas

**ENTERED**
July 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ANDRES EXEQUIEL VILLATORO WEELOCK, "Petitioner," | § § § § | |
| v. | § § | Civil Action No. 1:26-cv-00791 |
| MARKWAYNE MULLIN, *et al.,* "Respondents" | § § § | |

**ORDER**

Before the Court is Petitioner's "Emergency Motion for Temporary Restraining Order and Preliminary Injunction" ("Emergency TRO") (Dkt. No. 4).

It is **ORDERED** that Respondents shall file a response to Petitioner's Emergency TRO (Dkt. No. 4) by **July 28, 2026, at 12:00 a.m. CST**.

SIGNED this July 27, 2026

_____
Rolando Olvera
United States District Judge

1 / 1